IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-CV-75-FL

| | |
|---|---|
| WILLIAM K. WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CONSENT ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $2,566.97 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

The Court hereby awards Plaintiff $2,566.97 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

This **3rd** day of __February__, 2015.

_____
United States District Judge
Louise W. Flanagan

CONSENTED TO:

DERRICK KYLE ARROWOOD
Attorney for Plaintiff
N.C. Bar # 41075
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC  27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
derrick@charleshallfirm.com


DAVID N. MERVIS
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Altmeyer Building Room 617
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (410) 965-2847
Facsimile: (410) 597-0527
E-mail: David.Mervis@ssa.gov
Maryland Bar