IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:14-CV-00075-FL

| WILLIAM KERRY WADE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| CAROLYN W. COLVIN, | ) |  |
| Acting Commissioner of Social Security, | ) |  |
| Defendant. | ) |  |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act (Act) in the amount of $14,000.00. Attorney's fees under section 206(b) of the Act are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). The fee request is in addition to the $2,566.97 in fees awarded by this Court under the Equal Access to Justice Act (EAJA) (Doc. No. 33).

Defendant filed a reply to the motion noting that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ __14,000.00__, and ordered to refund to Plaintiff the smaller award between this amount and the EAJA award..

SO ORDERED this __23rd__ day of August, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge